FILED
CLERK, U.S. DISTRICT COURT

APR 19 2001

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

PLAINTIFF(S),

v.

ISMAIL D. HAUGABOOK aka ISMAIL
DE-HAUGABOOK

DEFENDANT(S).

CASE NUMBER CV 00-13034

DEFAULT BY CLERK

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a) and Local Rule 14.10, that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the **DEFAULT** of each of the following named defendant(s) is hereby entered:

**ISMAIL D. HAUGABOOK aka ISMAIL DE-HAUGABOOK**

Dated: April 19, 2001

CLERK, U. S. DISTRICT COURT

By_____
Yvette Louis
Deputy Clerk

CV-37 (12/96)                          DEFAULT BY CLERK